# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

Marilyn Kelly,
Chief Justice

140832

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

INDUSTRIAL QUICK SEARCH, INC.,
MEIRESONNE & ASSOCIATES, INC., and
MICHAEL MEIRESONNE,
Plaintiffs-Appellants,

v

SC: 140832
COA: 284163
Kent CC: 07-011074-CZ

CHRISTOPHER M. TERRYN,
Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the February 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

Clerk

s0708